| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DOMINGUEZ, DANIEL R. | 2. Court or Organization US DISTRICT COURT PUERTO RICO | 3. Date of Report 05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT JUDGE (Senior with 66% caseload) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 1/1/2018 to 12/31/2018 |

**7. Chambers or Office Address**

JOSE V. TOLEDO US COURTHOUSE SUITE 348
300 RECINTO SUR ST.
SAN JUAN, PR 00901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | UBS Resource Management Account-(cash account) | E | Int./Div. | J | T | | | | | |
| 2. | UBS Portfolio (H) | E | Int./Div. | O | T | | | | | |
| 3. | -PR GNMA POOL 0397364X UNIT 099 | B | Interest | | | Sold | 06/15/18 | K | A | |
| 4. | -PR GNMA POOL 0397364X UNIT 100 | A | Interest | K | T | | | | | |
| 5. | -PR GNMA POOL 0437567X UNIT 094 | A | Interest | K | T | | | | | |
| 6. | -PR GNMA POOL 0437567X UNIT 095 | A | Interest | K | T | | | | | |
| 7. | -PR GNMA POOL 0402635X UNIT 100 | A | Interest | K | T | | | | | |
| 8. | -PR GNMA POOL 0437567X UNIT 096 | A | Interest | K | T | | | | | |
| 9. | -PR GNMA POOL 0437567X UNIT 097 | A | Interest | K | T | | | | | |
| 10. | -PR GNMA POOL 0437567X UNIT 098 | A | Interest | K | T | | | | | |
| 11. | -PR GNMA POOL 0437567X UNIT 099 | A | Interest | K | T | | | | | |
| 12. | -PR GNMA PL483972X UNIT 81 | B | Interest | | | Sold | 08/15/18 | K | A | |
| 13. | -PRGNMA PL607391X UNIT 96 | A | Interest | K | T | | | | | |
| 14. | -Puerto Rico AAA Portfolio Bond Fund (CUSIP No. 74514P108) | A | Dividend | J | T | | | | | |
| 15. | -Puerto Rico Investors Bond Fund | A | Dividend | J | T | | | | | |
| 16. | -Puerto Rico Sales Tax Fing Corp S (CUSIP No. 74529JAC9) | D | Interest | | | Sold | 07/18/18 | N | A | |
| 17. | Victory Incore Fund Income Class A symbol: IPFIX | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gloucester Co NJ Impt AU, CUSIP 37970PGLO | A | Interest | K | T | | | | | |
| 19. Delaware St Econ Dev Aut Assur RV, CUSIP 246387SR6 | A | Interest | L | T | Buy | 12/18/18 | L | | |
| 20. Donna TX CTFS Oblig LT, CUSIP 257831NH6 | A | Interest | L | T | Buy | 11/30/18 | L | | |
| 21. Doubleline Income Solutions FD, DSL, Symbol:DSL | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 22. Eaton Vance Tax Advantaged Global Divid Income Fund, Symbol:ETG | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 23. Nuveen Tax Adv Total Return Strategy Fund, Symbol: JTA | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 24. PACE Global Money Market Investments Fund Class P, Symbol:PCEXX | A | Interest | J | T | Buy | | J | | |
| 25. PACE Global Fixed Income Investments Fund Class P, Symbol:PCGLX | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 26. PACE High Yield Investments Class P, Symbol:PHYPX | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 27. PACE Intermediate Fixed Income Investments Class P, Symbol:PCIFX | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 28. PACE Mortgaged Backed Sec Fixed Income Invest Fund Class P, PCGTX | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 29. PACE Municipal Fixed Income Investments Class P, Symbol:P Symbol:PCMNX | A | Interest | J | T | Buy | 11/30/18 | K | | |
| 30. PACE Strategic Fixed Income Investments Class P,Symbol: PM Ymbol:PCMNX | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 31. CBRE Clarion Global Real Estate, Symbol: IGR | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 32. ENERGY Transfer LP Units Ltd Partnership MLP, Symbol: ET | A | Interest | J | T | Buy | 11/30/18 | J | | |
| 33. Merrill Lynch Cash Money Account (X) | A | Interest | K | T | | | | | |
| 34. Merrill Lynch Portfolio (H)(X) | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GNMP 39659506 #100 (X) | B | Interest | K | T | | | | | |
| 36. -GNMP 483972 #82 (X), CUSIP 36243EJU5 | B | Interest | | | Sold | 08/15/18 | K | A | |
| 37. -GNMP 607391 #97 (X) CUSIP 36239SUH6 36239SUG8 | B | Interest | K | T | | | | | |
| 38. -GBMP 607391 #98 (X) CUSIP 36239SUG8 | B | Interest | K | T | | | | | |
| 39. -GNMP 607391 #99 (X) CUSIP 36239SUF0 | B | Interest | K | T | | | | | |
| 40. US TREASURY BILL: 01/31/2019 CUSIP 912796PP8 | A | Interest | M | T | Buy | 07/30/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

UBS: New investments during the year 2018: See lines 19-32. The new investments (lines 19-32) were purchased from the sales proceeds of GNMA 0397364X, Unit 099 (line 3); GNMA PL483972X Unit 81 (line 12); and, Puerto Rico Sales Tax Fing Corp S, CUSIP No. 74529JAC9 (line 16).

MERRILL LYNCH: New investment during the year 2018: See line 40.

All the 2018 new assets investments were made from the sales proceeds of UBS' assets, see line 3; line 12; line 16; Merrill Lynch's asset, see line 36; and, savings from my Thrift Savings Plan (TSP) benefits.

Please note that last year I used my TSP's savings for investment purposes, as I did this year, and I plan to do the same next year until my TSP account is closed.

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DANIEL R. DOMINGUEZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544